**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Robert E. Coyle
Senior United States District Judge
Fresno, California

                                **RE:**   **Gerardo FLORES**
                                           **Docket Number:   1:99CR05193-04**
                                           **PERMISSION TO TRAVEL**
                                         **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexicali, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 5, 2001, Gerardo Flores was sentenced for the offense of 21 USC 841(a)(1) - Possession of Methamphetamine With Intent to Distribute (Class A Felony).

**Sentence imposed:**  70 months custody of the Bureau of Prisons; 5-year term of supervised release; $100 special assessment.

**Special conditions include:**  Submit to search; Participate in a correctional treatment program to obtain assistance for drug and alcohol abuse; Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol; and Register, as required in the jurisdiction in which he resides, as a drug offender.

**Dates and Mode of Travel:**  Between February 17 and 20, 2006.  The offender will be traveling by vehicle from Oakdale, California, to Mexico.

Rev. 03/2005
TRAVELOC.MRG

**RE:   Gerardo FLORES**
**Docket Number:   1:99CR05193-04**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Mr. Flores would like the opportunity to attend his cousin's wedding in Mexicali, Mexico.  Based on the foregoing, it is the undersigned's request that Your Honor grant the above-noted travel.  In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security official) upon his entry and exit from Mexico.


Respectfully Submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

**DATED:**      February 2, 2006
Modesto, California
PRH:lr


**REVIEWED BY:**      /s/ Deborah A. Spencer
**Deborah A. Spencer**
**Supervising United States Probation Officer**

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

_____2/3/06_____          /s/ ROBERT E. COYLE
**Date**                                              **Robert E. Coyle**
**Senior United States District Judge**

Rev. 03/2005
TRAVELOC.MRG